AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-mj-71009 MAG |
| Ashraf Massih Hosseinian ) | |
| ) | Charging District: Eastern District of Michigan |
| *Defendant* ) | Charging District's Case No. 2:15-cr-20483 |

FILED
AUG 13 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Theodore Levin U.S. Courthouse<br>231 West Lafayette Boulevard, 1st Floor<br>Detroit, Michigan 48226 | Courtroom No.: Criminal Duty Judge |
|---|---|
| | Date and Time: 8/21/2015 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   08/13/2015

_Paul S. Grewal_
*Judge's signature*

Paul S. Grewal, Magistrate Judge
*Printed name and title*